IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11018
Summary Calendar
_____


KENNETH H. LINN,

                                        Petitioner-Appellant,

versus

GEORGE E. KILLINGER, Warden
F.C.I. Fort Worth,

                                        Respondent-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:95-CV-923-A
- - - - - - - - - -
April 22, 1997
Before KING, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Kenneth H. Linn, federal prisoner #16270-086, appeals from

the district court's denial of his 28 U.S.C. § 2241 petition.

Linn challenged the United States Parole Commission's

determination that his offense rates as a category eight severity

offense under the parole policy guidelines.  *See* 28 C.F.R. § 2.20

(1987).  His challenge is without merit as there was some

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

evidence to support Commission's decision. *Simpson v. Ortiz*, 995 F.2d 606, 608 (5th Cir. 1993).

Linn also contended that the Parole Commission violated his due process rights by considering undisclosed information in setting his offense severity category. This contention is belied by the record.

AFFIRMED.